**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: RAFKO HOLDINGS INC. | § | Case No. 13-11505- BLS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $965,912.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $807,556.50 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $150,387.04 | |

3) Total gross receipts of $957,943.54 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $957,943.54 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $131,686,897.02 | $59,089,211.80 | $24,807.64 | $24,807.64 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $150,387.04 | $150,387.04 | $150,387.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $33,371.18 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,293,963.00 | $950,436.20 | $33,415,431.69 | $782,748.86 |
| **TOTAL DISBURSEMENTS** | $132,980,860.02 | $60,223,406.22 | $33,590,626.37 | $957,943.54 |

4) This case was originally filed under chapter 7 on 06/10/2013.  The case was pending for 74 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    08/05/2019

By: /s/ George L. Miller
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Scheduled Administrative Cost Reimbursement | 1229-000 | $27,303.74 |
| REAL PROPERTY - 141 Third Ave., Lock Haven, PA 1 | 1110-000 | $311,000.00 |
| Buyer's Premium on Sale of 141 E. Third St., Loc | 1229-000 | $31,100.00 |
| RECOVERY FROM CLAIMS AGAINST MPA AND D&O | 1249-000 | $588,539.80 |
| **TOTAL GROSS RECEIPTS** | | **$957,943.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18A | M&T BANK | 4210-000 | $59,026,897.02 | $59,064,404.16 | $0.00 | $0.00 |
| 20 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | M&T BANK | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | LPR SRL | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CCT | Clinton County Tax Claim Bureau | 4700-000 | NA | $24,807.64 | $24,807.64 | $24,807.64 |
| N/F | Motorcar Parts of America, Inc. | 4210-000 | $52,631,380.00 | NA | NA | NA |
| N/F | Wanxiang America Corporation | 4210-000 | $20,028,620.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$131,686,897.02** | **$59,089,211.80** | **$24,807.64** | **$24,807.64** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $32,516.71 | $32,516.71 | $32,516.71 |
| Trustee, Expenses - George L. Miller | 2200-000 | NA | $245.61 | $245.61 | $245.61 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $38,245.00 | $38,245.00 | $38,245.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $236.26 | $236.26 | $236.26 |
| Auctioneer Fees - TIGER VALUATION SERVICES LLC | 3610-000 | NA | $31,100.00 | $31,100.00 | $31,100.00 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $34.72 | $34.72 | $34.72 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $751.53 | $751.53 | $751.53 |
| Costs re Sale of Property - Clinton County Treasurer | 2500-000 | NA | $10.00 | $10.00 | $10.00 |
| Costs re Sale of Property - Government Recording and Transfer Charges | 2500-000 | NA | $3,125.00 | $3,125.00 | $3,125.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,954.05 | $2,954.05 | $2,954.05 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $23,107.09 | $23,107.09 | $23,107.09 |
| Other State or Local Taxes (post-petition) - Taxes | 2820-000 | NA | $1,925.32 | $1,925.32 | $1,925.32 |
| Attorney for Trustee Fees (Other Firm) - Cozen O'Connor | 3210-000 | NA | $15,952.00 | $15,952.00 | $15,952.00 |
| Attorney for Trustee Expenses (Other Firm) - Cozen O'Connor | 3220-000 | NA | $183.75 | $183.75 | $183.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$150,387.04** | **$150,387.04** | **$150,387.04** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robin L Cramer | 5300-000 | $0.00 | $1,075.68 | $0.00 | $0.00 |
| 2 | Robin L Cramer | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Julian Hernandez | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Kelly L. Glozzer | 5300-000 | $0.00 | $2,458.60 | $0.00 | $0.00 |
| 7 | Kristi M. Shuford | 5300-000 | $0.00 | $2,393.68 | $0.00 | $0.00 |
| 8 | Toni Amacher | 5300-000 | $0.00 | $550.00 | $0.00 | $0.00 |
| 9 | Mary A. Hopfer | 5300-000 | $0.00 | $2,428.25 | $0.00 | $0.00 |
| 10 | Ronald S Stahl | 5300-000 | $0.00 | $598.50 | $0.00 | $0.00 |
| 12 | ROBIN E WIRTH | 5300-000 | $0.00 | $2,373.00 | $0.00 | $0.00 |
| 13 | David B Tobin | 5300-000 | $0.00 | $12,475.00 | $0.00 | $0.00 |
| 14 | JASON LEWIS | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Holly J. Mantle | 5300-000 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 26 | DANIEL J. BARTHOLOMEW | 5300-000 | $0.00 | $2,416.87 | $0.00 | $0.00 |
| 31 | Jeffrey L. Berry | 5300-000 | $0.00 | $360.00 | $0.00 | $0.00 |
| 32 | DAVID A CAMP | 5300-000 | $0.00 | $2,379.30 | $0.00 | $0.00 |
| 33 | CLAIR A TROUTMAN | 5300-000 | $0.00 | $2,862.30 | $0.00 | $0.00 |
| 34 | Priority Staffing Services | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$33,371.18** | **$0.00** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wolford's Locksmith | 7100-000 | $0.00 | $307.72 | $0.00 | $0.00 |
| 5 | BEARINGS 2000 SALES CO | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | HAINING AUTOMANN PARTS CO.,LTD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18B | M&T BANK | 7100-000 | $0.00 | $0.00 | $32,465,303.21 | $760,492.25 |
| 19 | M&T BANK | 7100-000 | $0.00 | $712,000.00 | $712,000.00 | $16,678.49 |
| 21 | M&T BANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | M&T BANK | 7100-000 | $0.00 | $238,128.48 | $238,128.48 | $5,578.12 |
| 27 | Steering Superstores | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | MM Knopf Auto Parts | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Geisinger Quality Options, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Fenwick Automotive | 7100-000 | $672,025.00 | NA | NA | NA |
| N/F | Motorcar Parts of America, Inc. | 7100-000 | $118,088.00 | NA | NA | NA |
| N/F | Rafko Enterprise | 7100-000 | $503,850.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,293,963.00** | **$950,436.20** | **$33,415,431.69** | **$782,748.86** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  13-11505- BLS

**Case Name:**  RAFKO HOLDINGS INC.

**Trustee Name:**  (280160) George L. Miller

**Date Filed (f) or Converted (c):**  06/10/2013 (f)

**§ 341(a) Meeting Date:**  07/17/2013

**For Period Ending:**  08/05/2019

**Claims Bar Date:**  11/04/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - 141 Third Ave., Lock Haven, PA 1 | 554,413.00 | 311,000.00 | | 311,000.00 | FA |
| 2 | INTERCOMPANY RECEIVABLE - INTROCAN<br>No distribution on affiliate/subsidiary receivable. | 763,792.00 | 0.00 | | 0.00 | FA |
| 3 | INTERCOMPANY RECEIVABLE - RAFKO ENTERPRISE<br>No distribution on affiliate/subsidiary receivable. | 202,120.00 | 0.00 | | 0.00 | FA |
| 4 | VEHICLES<br>The Trustee prepared the Bankruptcy Schedules for the Debtor and listed certain assets for this Debtor because the assets were located in this Debtor's building.  After further investigation, the assets were sold and administered in another Debtor.  These assets are not owned by this Debtor. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | OFFICE EQUIPMENT<br>The Trustee prepared the Bankruptcy Schedules for the Debtor and listed certain assets for this Debtor because the assets were located in this Debtor's building.  After further investigation, the assets were sold and administered in another Debtor.  These assets are not owned by this Debtor. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | MACHINERY AND SUPPLIES<br>The Trustee prepared the Bankruptcy Schedules for the Debtor and listed certain assets for this Debtor because the assets were located in this Debtor's building.  After further investigation, the assets were sold and administered in another Debtor.  These assets are not owned by this Debtor. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Buyer's Premium on Sale of 141 E. Third St., Loc (u) | 31,100.00 | 31,100.00 | | 31,100.00 | FA |
| 8 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 9 | RECOVERY FROM CLAIMS AGAINST MPA AND D&O (u) | 588,539.80 | 588,539.80 | | 588,539.80 | FA |
| 10 | Scheduled Administrative Cost Reimbursement (u) | 27,303.74 | 27,303.74 | | 27,303.74 | FA |
| 11 | Investment in Rafko Enterprises Inc. - 100% | Unknown | 0.00 | | 0.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$2,167,268.54** | **$957,943.54** | | **$957,943.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  08/31/2016

**Current Projected Date Of Final Report (TFR):**  04/25/2019 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 13-11505- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | RAFKO HOLDINGS INC. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***3898 | Account #: | ******1818 ESCROW - EARNEST MONIES H |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/13 | {1} | STEVE POORMAN | EARNEST MONIES FOR SALE OF REAL PROPERTY LOCATED AT 1141 THIRD AVE., LOCKHAVEN, PA | 1110-000 | 7,500.00 | | 7,500.00 |
| 09/03/13 | 600001 {1} | STEVE POORMAN | RETURN OF EARNEST MONIES FOR SALE OF REAL PROPERTY LOCATED AT 1141 THIRD AVE., LOCKHAVEN, PA | 1110-000 | -7,500.00 | | 0.00 |
| 01/13/14 | {1} | STEVE POORMAN | (aka Optimal Realty, LLC) EARNEST MONIES FOR SALE OF REAL PROPERTY LOCATED AT 121-141 EAST THIRD ST., LOCKHAVEN, PA | 1110-000 | 31,000.00 | | 31,000.00 |
| 02/06/14 | 600002 | INTERNATIONAL SURETIES, LTD. | 2014 Blanket Bond #016026389 for the Period 01/01/14 to 01/01/15 | 2300-000 | | 34.72 | 30,965.28 |
| 04/11/14 | | TRANSFER TO ACCT # XXXXXX2097 | Transfer of Funds | 9999-000 | | 30,965.28 | 0.00 |
| | | COLUMN TOTALS | | | 31,000.00 | 31,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 30,965.28 | |
| | | Subtotal | | | 31,000.00 | 34.72 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $31,000.00 | $34.72 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:  2

| | |
|---|---|
| **Case No.:** | 13-11505- BLS |
| **Case Name:** | RAFKO HOLDINGS INC. |
| **Taxpayer ID #:** | **-***3898 |
| **For Period Ending:** | 08/05/2019 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2097 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/11/14 | | OPTIMAL REALTY, LLC | SALE OF PROPERTY LOCATED AT 121 E. THIRD ST., LOCK HAVEN, PA Gross Sales (311,000 less $31,000 = $280,000 net deposit to Asset #1) | | 307,718.40 | | 307,718.40 |
| | {7} | OPTIMAL REALTY, LLC | Buyer's Premium on Sale of 121 E. Third St., Lock Haven, PA $31,100.00 | 1229-000 | | | 307,718.40 |
| | | Taxes | City/Town -$1,024.77 | 2820-000 | | | 307,718.40 |
| | | Taxes | County -$900.55 | 2820-000 | | | 307,718.40 |
| | | Government Recording and Transfer Charges | Closing Costs (Deed, Recording Fees) -$3,125.00 | 2500-000 | | | 307,718.40 |
| | {1} | OPTIMAL REALTY, LLC | REAL PROPERTY - 121 Third Ave., Lock Haven, PA 17745 $280,000.00 | 1110-000 | | | 307,718.40 |
| | | Clinton County Treasurer | Tax Certification -$10.00 | 2500-000 | | | 307,718.40 |
| | | Clinton County Tax Claim Bureau | Reimbursement of School Tax 04/09/2014 - 06/30/2014 $1,678.72 | 4700-000 | | | 307,718.40 |
| 04/11/14 | | TRANSFER FROM ACCT # XXXXXX1818 | Transfer of Funds | 9999-000 | 30,965.28 | | 338,683.68 |
| 04/16/14 | 601001 | MILLER COFFEY TATE LLP | FIRST INTERIM FEE APPLICATION PURSUANT TO COURT ORDER DATED 12/02/13 [D.I. 109, FILED IN 13-11500] | | | 8,658.20 | 330,025.48 |
| | | | Fees $8,646.00 | 3310-000 | | | 330,025.48 |
| | | | Expenses $12.20 | 3320-000 | | | 330,025.48 |
| 04/16/14 | 601002 | TIGER VALUATION SERVICES LLC | COMMISSION ON SALE OF PROPERTY LOCATED AT 121 E. THIRD ST., LOCK HAVEN, PA PURSUANT TO COURT ORDER DATED 03/26/14 [D.I. 125] | 3610-000 | | 31,100.00 | 298,925.48 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 249.67 | 298,675.81 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 444.23 | 298,231.58 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. | 2600-000 | | 429.47 | 297,802.11 |

Page Subtotals:  **$338,683.68**  **$40,881.57**

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

## Form 2

Exhibit 9
Page:   3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-11505- BLS | |
| **Case Name:** | RAFKO HOLDINGS INC. | |
| **Taxpayer ID #:** | **-***3898 | |
| **For Period Ending:** | 08/05/2019 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2097 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | | | |
| 08/25/14 | 601003 | MILLER COFFEY TATE LLP | 2ND INTERIM FEE AND EXPENSE APPLICATION PURSUANT TO COURT ORDER DATED 08/15/14 [D.I. 137] | | | 9,220.10 | 288,582.01 |
| | | | Expenses<br>$75.60 | 3320-000 | | | 288,582.01 |
| | | | Fees<br>$9,144.50 | 3310-000 | | | 288,582.01 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 443.12 | 288,138.89 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 439.82 | 287,699.07 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 414.32 | 287,284.75 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 427.51 | 286,857.24 |
| 12/02/14 | 601004 | Miller Coffey Tate LLP | 3rd Interim Fee and Expense Application pursuant to Court Order dated 12/02/14 [D.I. 149] | | | 2,271.18 | 284,586.06 |
| | | | Fees<br>$2,269.00 | 3310-000 | | | 284,586.06 |
| | | | Expenses<br>$2.18 | 3320-000 | | | 284,586.06 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 413.09 | 284,172.97 |
| 01/07/15 | 601005 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | 333.87 | 283,839.10 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 423.19 | 283,415.91 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 421.96 | 282,993.95 |
| 03/09/15 | | Global Surety, LLC | Blanket Bond Premium Adjustment: Bond #016026389 from 01/01/15 to 01/01/16 | 2300-000 | | -129.32 | 283,123.27 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 380.39 | 282,742.88 |
| | | | **Page Subtotals:** | | **$0.00** | **$15,059.23** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| Case No.: | 13-11505- BLS | |
| Case Name: | RAFKO HOLDINGS INC. | |
| Taxpayer ID #: | **-***3898 | |
| For Period Ending: | 08/05/2019 | |

| | |
|---|---|
| Trustee Name: | George L. Miller (280160) |
| Bank Name: | UNION BANK |
| Account #: | ******2097 CHECKING |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 420.62 | 282,322.26 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 406.60 | 281,915.66 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 419.50 | 281,496.16 |
| 07/14/15 | 601006 | Miller Coffey Tate LLP | 4th Interim Fee and Expense Application pursuant to Court Order dated 07/13/15 [D.I. 238] | | | 570.18 | 280,925.98 |
| | | | Expenses    $0.68 | 3320-000 | | | 280,925.98 |
| | | | Fees    $569.50 | 3310-000 | | | 280,925.98 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 405.37 | 280,520.61 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 417.85 | 280,102.76 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 416.80 | 279,685.96 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 402.77 | 279,283.19 |
| 11/17/15 | 601007 | Miller Coffey Tate LLP | 5th Interim Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 280] | | | 1,615.60 | 277,667.59 |
| | | | Fees    $1,614.50 | 3310-000 | | | 277,667.59 |
| | | | Expenses    $1.10 | 3320-000 | | | 277,667.59 |
| 11/17/15 | 601008 | Cozen O'Connor | 3rd Interim Fee and Expense Application pursuant to Court Order dated 11/16/15 [D.I. 282] | 3210-000 | | 141.00 | 277,526.59 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 415.58 | 277,111.01 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 400.49 | 276,710.52 |
| 01/06/16 | 601009 | International Sureties LTD | Blanket Bond Payment Bond #016026389 from 01/01/16 to 01/01/17 | 2300-000 | | 153.28 | 276,557.24 |

Page Subtotals: $0.00    $6,185.64

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 13-11505- BLS | | | **Trustee Name:** | | George L. Miller (280160) |
| **Case Name:** | RAFKO HOLDINGS INC. | | | **Bank Name:** | | UNION BANK |
| **Taxpayer ID #:** | **-***3898 | | | **Account #:** | | ******2097 CHECKING |
| **For Period Ending:** | 08/05/2019 | | | **Blanket Bond (per case limit):** | | $5,000,000.00 |
| | | | | **Separate Bond (if applicable):** | | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/14/16 | 601010 | Clinton County Tax Claim Bureau | Payment of 2012 and 2013 Real Estate Taxes for property located in Lock Haven | 4700-000 | | 26,486.36 | 250,070.88 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 411.79 | 249,659.09 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 394.66 | 249,264.43 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 346.09 | 248,918.34 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 369.35 | 248,548.99 |
| 05/24/16 | 601011 | Miller Coffey Tate LLP | 6th Interim Fee and Expense Application pursuant to Court Order dated 05/24/16 [D.I. 338] | | | 1,858.80 | 246,690.19 |
| | | | Fees $1,857.00 | 3310-000 | | | 246,690.19 |
| | | | Expenses $1.80 | 3320-000 | | | 246,690.19 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 356.95 | 246,333.24 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 367.76 | 245,965.48 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 353.28 | 245,612.20 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 364.46 | 245,247.74 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 363.93 | 244,883.81 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 351.70 | 244,532.11 |
| 11/11/16 | 601012 | Cozen O'Connor | 2nd Interim Fee and Expense Application pursuant to Court Order dated 10/31/14 [D.I. 143] | | | 14,495.75 | 230,036.36 |
| | | | Expenses $183.75 | 3220-000 | | | 230,036.36 |
| | | | Fees $14,312.00 | 3210-000 | | | 230,036.36 |
| | | | **Page Subtotals:** | | $0.00 | $46,520.88 | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 13-11505- BLS | | **Trustee Name:** | George L. Miller (280160) | |
| **Case Name:** | RAFKO HOLDINGS INC. | | **Bank Name:** | UNION BANK | |
| **Taxpayer ID #:** | **-***3898 | | **Account #:** | ******2097 CHECKING | |
| **For Period Ending:** | 08/05/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 362.86 | 229,673.50 |
| 12/05/16 | {9} | Fenwick Automotive Products Limited | Allocation of the Estate Share of MPA Litigation Settlement Proceeds pursuant to Court Order dated 11/28/2016 [D.I. 372] | 1249-000 | 588,539.80 | | 818,213.30 |
| 12/05/16 | 601013 | Miller Coffey Tate LLP | 7th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 375] | | | 1,031.70 | 817,181.60 |
| | | | Expenses $6.20 | 3320-000 | | | 817,181.60 |
| | | | Fees $1,025.50 | 3310-000 | | | 817,181.60 |
| 12/05/16 | 601014 | Cozen O'Connor | 5th Fee and Expense Application pursuant to Court Order dated 11/28/16 [D.I. 374] | 3210-000 | | 146.00 | 817,035.60 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 340.26 | 816,695.34 |
| 01/12/17 | 601015 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 393.70 | 816,301.64 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,070.54 | 815,231.10 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,213.35 | 814,017.75 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,094.30 | 812,923.45 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,209.61 | 811,713.84 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,168.92 | 810,544.92 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,206.06 | 809,338.86 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,165.56 | 808,173.30 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,202.53 | 806,970.77 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507 | 2600-000 | | 1,200.78 | 805,769.99 |

**Page Subtotals:** $588,539.80    $12,806.17

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | | |
|---|---|---|
| **Case No.:** | 13-11505- BLS | |
| **Case Name:** | RAFKO HOLDINGS INC. | |
| **Taxpayer ID #:** | **-***3898 | |
| **For Period Ending:** | 08/05/2019 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2097 CHECKING |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | (a)(2) | | | | |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 805,769.99 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 927,223.48 | 927,223.48 | $0.00 |
| Less: Bank Transfers/CDs | 30,965.28 | 805,769.99 | |
| **Subtotal** | 896,258.20 | 121,453.49 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $896,258.20 | $121,453.49 | |

# Form 2

Exhibit 9
Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 13-11505- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | RAFKO HOLDINGS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3898 | Account #: | ******4066 Checking Account |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 805,769.99 | | 805,769.99 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 579.49 | 805,190.50 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,158.15 | 804,032.35 |
| 12/11/17 | 700001 | Miller Coffey Tate LLP | 8th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 422] | | | 9,379.00 | 794,653.35 |
| | | | Fees (8th Interim) $9,242.50 | 3310-000 | | | 794,653.35 |
| | | | Expenses (8th Interim) $136.50 | 3320-000 | | | 794,653.35 |
| 12/11/17 | 700002 | Cozen O'Connor | 6th Interim fee app pursuant to Court Order dated 12/11/2017 [D.I. 423] | 3210-000 | | 276.00 | 794,377.35 |
| 12/11/17 | 700003 | M&T BANK | Interim payment of claims - 1.79% pursuant to Court Order dated 12/11/17 [D.I. 421] | | | 600,000.00 | 194,377.35 |
| | | | Interim payment of claim #18 - 1.79% pursuant to Court Order dated 12/11/17 [D.I. 421] $583,009.09 | 7100-000 | | | 194,377.35 |
| | | | Interim payment of claim #19 - 1.79% pursuant to Court Order dated 12/11/17 [D.I. 421] $12,732.52 | 7100-000 | | | 194,377.35 |
| | | | Interim payment of claim #23 - 1.79% pursuant to Court Order dated 12/11/17 [D.I. 421] $4,258.39 | 7100-000 | | | 194,377.35 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 650.25 | 193,727.10 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 306.51 | 193,420.59 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 259.65 | 193,160.94 |
| 04/02/18 | 700004 | Fenwick Automotive Products Ltd. | Reimbursement of Trustee compensation - Interim Distribution to George L. Miller, Trustee.  Payment to Fenwick Automotive from Rafko Holdings for Trustee Compensation allowed pursuant to Court Order dated 11/16/15 [D.I. 281], and paid from Fenwick on 01/11/16, check #605001 | 2100-000 | | 10,796.52 | 182,364.42 |
| 04/25/18 | {10} | Fenwick Automotive Products | Reimbursement of Scheduled | 1229-000 | 27,303.74 | | 209,668.16 |

Page Subtotals: **$833,073.73**  **$623,405.57**

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 9

| Case No.: | 13-11505- BLS | Trustee Name: | George L. Miller (280160) |
|---|---|---|---|
| Case Name: | RAFKO HOLDINGS INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3898 | Account #: | ******4066 Checking Account |
| For Period Ending: | 08/05/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Limited | Administrative Costs in accordance with Court Order dated 07/31/2015 [D.I. 240] | | | | |
| 06/07/19 | 700005 | Cozen O'Connor | Distribution payment - Claim #COFEE Dividend paid at 6.75% of $15,952.00 pursuant to Court Order dated 06/05/2019 [D.I. 80 | 3210-000 | | 1,077.00 | 208,591.16 |
| 06/07/19 | 700006 | George L. Miller | Distribution payment - Claim #FEE Dividend paid at 66.80% of $32,516.71 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 2100-000 | | 21,720.19 | 186,870.97 |
| 06/07/19 | 700007 | Miller Coffey Tate LLP | Distribution payment - Claim #MCTFEE Dividend paid at 10.14% of $38,245.00 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 3310-000 | | 3,876.50 | 182,994.47 |
| 06/07/19 | 700008 | George L. Miller | Distribution payment - Claim #TE Dividend paid at 100.00% of $245.61 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 2200-000 | | 245.61 | 182,748.86 |
| 06/07/19 | 700009 | M&T BANK | Distribution payment - Claim #18B Dividend paid at 0.55% of $32,465,303.21 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 7100-000 | | 177,483.16 | 5,265.70 |
| 06/07/19 | 700010 | M&T BANK | Distribution payment - Claim #19 Dividend paid at 0.55% of $712,000.00 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 7100-000 | | 3,945.97 | 1,319.73 |
| 06/07/19 | 700011 | M&T BANK | Distribution payment - Claim #23 Dividend paid at 0.55% of $238,128.48 pursuant to Court Order dated 06/05/2019 [D.I. 80] | 7100-000 | | 1,319.73 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 833,073.73 | 833,073.73 | $0.00 |
| | Less: Bank Transfers/CDs | | | 805,769.99 | 0.00 | |
| | Subtotal | | | 27,303.74 | 833,073.73 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $27,303.74 | $833,073.73 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:   10

| | |
|---|---|
| **Case No.:** | 13-11505- BLS |
| **Case Name:** | RAFKO HOLDINGS INC. |
| **Taxpayer ID #:** | **-***3898 |
| **For Period Ending:** | 08/05/2019 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4066 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $954,561.94 |
| Plus Gross Adjustments: | $3,381.60 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $957,943.54 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1818 ESCROW - EARNEST MONIES H | $31,000.00 | $34.72 | $0.00 |
| ******2097 CHECKING | $896,258.20 | $121,453.49 | $0.00 |
| ******4066 Checking Account | $27,303.74 | $833,073.73 | $0.00 |
| | $954,561.94 | $954,561.94 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)